## Case No. 406.

### The ANNAPOLIS.

#### District Court, D. California.

[Cited in Pacific Coast Wrecking Co. v. The Eastport. Case No. 10,646. Nowhere reported; opinion not now accessible.]